# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In re: | Walker Jr, Charles E<br>Walker, Barbara<br>Debtors | § § § § | Case No. 06 B 15542 |
|---|---|---|---|

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/28/2006.

2) The plan was confirmed on 01/18/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/03/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/19/2009.

5) The case was dismissed on 03/19/2009.

6) Number of months from filing or conversion to last payment: 29.

7) Number of months case was pending: 30.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $1,350.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $19,307.80 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$19,307.80** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $900.78 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $1,106.44 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,007.22** |
| Attorney fees paid and disclosed by debtor | $0 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Internal Revenue Service | Priority | $3,848.63 | NA | NA | $0 | $0 |
| Internal Revenue Service | Priority | $13,000.00 | $3,848.63 | $3,848.63 | $0 | $0 |
| Capital One Auto Finance | Secured | $0 | NA | NA | $0 | $0 |
| Capital One Auto Finance | Secured | $0 | NA | NA | $0 | $0 |
| Capital One Auto Finance | Secured | $14,912.61 | $14,912.61 | $14,912.61 | $7,837.73 | $0 |
| Capital One Auto Finance | Secured | $18,098.29 | $18,098.29 | $18,098.29 | $9,462.85 | $0 |
| Account Solutions | Unsecured | $635.49 | NA | NA | $0 | $0 |
| Adventist La Grange Memorial Merc | Unsecured | $150.00 | NA | NA | $0 | $0 |
| American Collections & Credit | Unsecured | $500.00 | NA | NA | $0 | $0 |
| AmeriCash Loans, LLC | Unsecured | $10,792.08 | $5,520.56 | $5,520.56 | $0 | $0 |
| Atlantic Credit & Finance Inc | Unsecured | $778.00 | NA | NA | $0 | $0 |
| Bay Finance Company | Unsecured | $1,994.00 | NA | NA | $0 | $0 |
| Capital One | Unsecured | NA | $943.27 | $943.27 | $0 | $0 |
| Capital One | Unsecured | $0 | $849.98 | $849.98 | $0 | $0 |
| Capital One | Unsecured | NA | $570.60 | $570.60 | $0 | $0 |
| Capital One Auto Finance | Unsecured | $14,497.00 | NA | NA | $0 | $0 |
| Capital One Auto Finance | Unsecured | NA | $9,679.99 | $9,679.99 | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Capital One Auto Finance | Unsecured | $18,183.00 | NA | NA | $0 | $0 |
| Check America | Unsecured | $95.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $930.00 | $930.00 | $930.00 | $0 | $0 |
| Clear Check | Unsecured | $31.74 | NA | NA | $0 | $0 |
| Collect America | Unsecured | $753.00 | NA | NA | $0 | $0 |
| Collect America | Unsecured | $915.00 | NA | NA | $0 | $0 |
| Comcast | Unsecured | $780.00 | NA | NA | $0 | $0 |
| David C Lee MD FACS | Unsecured | $2,044.70 | $2,044.70 | $2,044.70 | $0 | $0 |
| Dependon Collections Service | Unsecured | $0 | NA | NA | $0 | $0 |
| First National Bank Of Marin | Unsecured | $0 | NA | NA | $0 | $0 |
| First National Credit Card | Unsecured | $495.00 | NA | NA | $0 | $0 |
| Health Care All | Unsecured | $82.00 | NA | NA | $0 | $0 |
| Hinsdale Hospital | Unsecured | $339.40 | NA | NA | $0 | $0 |
| HOUS | Unsecured | $1,556.92 | NA | NA | $0 | $0 |
| Illinois Secretary Of State | Unsecured | $447.00 | NA | NA | $0 | $0 |
| Illinois State Tollway | Unsecured | $422.50 | NA | NA | $0 | $0 |
| Illinois Title Lender | Unsecured | $577.00 | NA | NA | $0 | $0 |
| Internal Revenue Service | Unsecured | NA | $8,607.83 | $8,607.83 | $0 | $0 |
| Jefferson Capital | Unsecured | $0 | $785.63 | $785.63 | $0 | $0 |
| KCA Financial Services | Unsecured | $82.00 | NA | NA | $0 | $0 |
| LaGrange Memorial Hospital | Unsecured | $150.53 | NA | NA | $0 | $0 |
| LaGrange Memorial Hospital Mercha | Unsecured | $182.00 | NA | NA | $0 | $0 |
| LaGrange Memorial Hospital Mercha | Unsecured | $258.00 | NA | NA | $0 | $0 |
| Lenox Collections | Unsecured | $166.70 | NA | NA | $0 | $0 |
| Longridge Writers | Unsecured | $150.35 | NA | NA | $0 | $0 |
| Managers Edge | Unsecured | $97.00 | NA | NA | $0 | $0 |
| Marauder Corporation | Unsecured | $590.00 | NA | NA | $0 | $0 |
| MEPCO | Unsecured | $2,946.00 | NA | NA | $0 | $0 |
| Merchants Credit Guide | Unsecured | $11.23 | NA | NA | $0 | $0 |
| Merchants Credit Guide | Unsecured | $66.00 | NA | NA | $0 | $0 |
| Merrick Bank | Unsecured | $1,151.00 | NA | NA | $0 | $0 |
| Merrick Bank | Unsecured | $1,081.00 | NA | NA | $0 | $0 |
| Midwest Emergency | Unsecured | $187.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $76.00 | NA | NA | $0 | $0 |
| Olde City Financial Inc | Unsecured | $97.00 | NA | NA | $0 | $0 |
| Omnium Worldwide | Unsecured | $280.00 | NA | NA | $0 | $0 |
| Platinum Capital Investments | Unsecured | $1,556.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Plaza Associates | Unsecured | $873.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $0 | $753.94 | $753.94 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $0 | $915.90 | $915.90 | $0 | $0 |
| Premier Bankcard | Unsecured | $589.00 | $589.03 | $589.03 | $0 | $0 |
| Presbrey and Amoni | Unsecured | $339.00 | NA | NA | $0 | $0 |
| Publishers Clearing House | Unsecured | $39.96 | NA | NA | $0 | $0 |
| RMI/MCSI | Unsecured | $500.00 | NA | NA | $0 | $0 |
| RoundUp Funding LLC | Unsecured | $0 | $778.70 | $778.70 | $0 | $0 |
| Ryne Joseph DDS | Unsecured | $174.00 | NA | NA | $0 | $0 |
| Sanford Kahn | Unsecured | $7,000.00 | NA | NA | $0 | $0 |
| Village of Justice | Unsecured | NA | $500.00 | $500.00 | $0 | $0 |
| Village of Oak Park | Unsecured | $70.00 | NA | NA | $0 | $0 |
| Walgreens Company | Unsecured | $57.55 | NA | NA | $0 | $0 |
| Will County State Atty Office | Unsecured | $0 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $33,010.90 | $17,300.58 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $33,010.90 | $17,300.58 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $3,848.63 | $0 | $0 |
| **TOTAL PRIORITY:** | $3,848.63 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $33,470.13 | $0 | $0 |

UST Form 101-13-FR-S (4/1/2009)

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,007.22 |
| Disbursements to Creditors | $17,300.58 |
| **TOTAL DISBURSEMENTS:** | $19,307.80 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: May 5, 2009         By: /s/ MARILYN O. MARSHALL
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (4/1/2009)